**UNITED STATES, Appellee,**

v.

**Fredrick H. PORTER, Private, U.S. Marine Corps, Appellant.**

**No. 30,115.**

U. S. Court of Military Appeals.

July 11, 1975.

*Lieutenant Michael C. Barr*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel P. N. Kress*, USMC and *Lieutenant J. W. Malley, Jr.*, JAGC, USNR, were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

PER CURIAM:

The military judge erred prejudicially by instructing the members of the accused's court-martial that in fact "the taking by the accused was with the intent permanently to deprive Private First Class Claude Fisher of the use and benefit of the property." *United States v. Gaiter*, 23 U.S. C.M.A. 438, 50 C.M.R. 397, 1 M.J. 54 (1975).

The decision of the U.S. Navy Court of Military Review is reversed and the record of trial is returned to the Judge Advocate General of the Navy. A rehearing may be ordered.